**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-2369

KENNETH D. LIGGINS,

Plaintiff - Appellant,

v.

ZION BAPTIST CHURCH; PASTOR KARLYLE HILL; DEACON STEVE WASHINGTON; DEACON OTIS HARPER, SR.; CURTIS LIGGINS, Deacon in Training; NICOL HILL; DEACON JOSEPH TANSIMORE,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Harrisonburg.  Thomas T. Cullen, District Judge.  (5:21-cv-00058-TTC)

Submitted:  February 7, 2023                          Decided:  February 9, 2023

Before WILKINSON and AGEE, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Kenneth D. Liggins, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth D. Liggins appeals the district court's orders granting Defendants' motion to dismiss his civil complaint under Fed. R. Civ. P. 12(b)(6), denying his motions for entry of default, and denying his motion for sanctions. We have reviewed the record and find no reversible error. Accordingly, we deny the pending motions and affirm for the reasons stated by the district court. *See Liggins v. Zion Baptist Church*, No. 5:21-cv-00058-TTC (W.D. Va. Nov. 24, 2021; Dec. 6, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2